# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## MEDFORD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 1:24-cr-00237-MC |
| v. | INFORMATION |
| MATTHEW SACHEN, | 18 U.S.C. § 1952(a)(3) |
| Defendant. | Forfeiture Allegation |

**THE UNITED STATES ATTORNEY CHARGES:**

**COUNT 1**
**(Use of Interstate Facilitates to Promote, Manage, Establish, Carry on or Facilitate a Racketeering Enterprise)**
**(18 U.S.C. § 1952(a)(3))**

Between on or about October 2021 and continuing through on or about April 2022, in the District of Oregon and elsewhere, **MATTHEW SACHEN**, defendant herein, did knowingly use a facility in interstate and foreign commerce, specifically the ProPack and Ship LLC mailing and shipping business, with intent to promote, manage, establish, and carry on acts to facilitate the promotion, management, establishment, and carrying on of an unlawful activity, namely, a business enterprise involving controlled substance offenses in violation of state and federal law, and thereafter performed and attempted to perform an act to promote, manage, establish, and

carry on, and to facilitate the promotion, management, establishment, and carrying on of such activity;

In violation of Title 18, United States Code, Section 1952(a)(3).

## **FORFEITURE ALLEGATION**

Upon conviction of the offense alleged in Count 1 of this Information, defendant **MATTHEW SACHEN**, shall forfeit to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), any property constituting or derived from proceeds traceable to the commission of the offense, including but not limited to a sum of money equal to the amount of proceeds obtained as a result of the offense in the form of a money judgment.

Dated: June 12, 2024

Respectfully submitted,

NATALIE K. WIGHT
United States Attorney

*s/ John C. Brassell*
**JOHN C. BRASSELL, WASB #51639**
Assistant United States Attorney